UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 13-41-GFVT |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| TRAVIS WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before the Court is Magistrate Judge Hanly A. Ingram's recommended disposition. [R. 105.] Defendant Travis White is charged with three violations of his supervised release conditions, including (1) the possession of a controlled substance, (2) the commission of another crime, and (3) failure to attend a drug treatment program. [*Id.* at 1-2.] On April 13, 2016, White tested positive for the use of oxycodone. [*Id.* at 2.]

In his recommended disposition, Judge Ingram fully considered the § 3553 factors in determining a proper sentence. The Magistrate noted that the Government believed White's "acceptance of responsibility warranted a bottom-of-the-guidelines penalty." [*Id.* at 4.] He added that White was "generally remorseful" for his actions, that his behavior was primarily "addiction-driven," and that there "were no aggravating factors in this case." [*Id.*] Judge Ingram nevertheless noted that White's addiction previously "spurred his involvement in trafficking," and "the public must be protected from the collateral consequences of his addiction." [*Id.* at 5.] Ultimately, the Magistrate agreed with the Government that a twelve-month-plus-one-day

sentence was "sufficient but not greater than necessary to meet the section 3553(a) factors." [*Id.* at 6.]

Generally, this Court must make a *de novo* determination of those portions of the Recommended Disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, as in this case, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has carefully examined the record and agrees with Judge Ingram's Recommended Disposition. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

     1.     The Recommended Disposition [**R. 105**] as to Defendant Travis White is **ADOPTED** as and for the Opinion of the Court;

     2.     White is found to have violated the terms of her Supervised Release as set forth in the Report filed by the U.S. Probation Officer and the Recommended Disposition of the Magistrate Judge;

     3.     White's Supervised Release is **REVOKED**;

     4.     White is **SENTENCED** to the Custody of the Bureau of Prisons for a term of **twelve (12) months and one (1) day** with a term of supervised release of **twenty-six (26) months** to follow. To the extent that treatment is available, Defendant is admonished to pursue substance abuse treatment in prison; and

    5.       Judgment shall be entered promptly.

This 23rd day of June, 2016.



Gregory F. Van Tatenhove
United States District Judge